April 2, 1970.

M. P. No. 957. THOMAS R. KNOTT, JR. v. JOHN F. SHARKEY, *Acting Warden.* Petition for writ of habeas corpus denied with-

out prejudice. *Thomas R. Knott, Jr.,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.